**Order entered June 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01013-CR

### MELECIO SANTANA DELACRUZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62922-T**

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2015, this Court ordered the trial court to make findings regarding why appellant's brief had not been filed. To date, the Court has not received the findings. However, on June 2, 2015, appellate counsel tendered appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 21, 2015 order requiring findings.

We note that appellant was convicted of aggravated sexual assault of a child. Nevertheless, appellant's brief identifies the complaining witness by her complete name. Accordingly, we **STRIKE** the appellant's brief tendered on June 2, 2015.  We **ORDER**

appellant to file, within **FIVE DAYS** of the date of this order, an amended brief that is redacted to include only the initials of the complaining witness.

We **DENY** the June 2, 2015 extension motion as moot.

We **ORDER** court reporter Debi Harris to file, within **FIVE DAYS** of the date of this order, a supplemental record containing *all* of the DVD exhibits admitted into evidence.

We **DIRECT** the Clerk to send copies of this order to Debi Harris, court reporter; Thomas G. Pappas; and to the Dallas County District Attorney's Office.

/s/     ADA BROWN
             JUSTICE